**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 15-6146**

―――――――――――

UNITED STATES OF AMERICA,

              Plaintiff - Appellate,

      v.

ROWN WASHINGTON, a/k/a Folly,

              Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Margaret B. Seymour, Senior District Judge.  (5:11-cr-00636-MBS-1)

―――――――――――

Submitted:  May 21, 2015              Decided:  May 27, 2015

―――――――――――

Before MOTZ, KING, and WYNN, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Rown Washington, Appellant Pro Sel.  John David Rowell, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rown Washington appeals the district court's order denying his 18 U.S.C. § 3582(c) (2012) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Washington, No. 5:11-cr-00636-MBS-1 (D.S.C. July 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED